# Court of Appeals
# of the State of Georgia

ATLANTA,___March 13, 2013___

*The Court of Appeals hereby passes the following order:*

**A13A1118.  ALEXIS HAYWOOD v. THE STATE.**

On July 26, 2011, the trial court denied Alexis Haywood's motion for an out-of-time appeal.  She filed a motion for reconsideration, which the trial court denied on December 20, 2011.  On February 24, 2012, Haywood filed this direct appeal, seeking review of the July 26 and December 20 orders.  We, however, lack jurisdiction.

Haywood's notice of appeal is untimely as to both orders, because it was filed more than 30 days after they were entered.  See OCGA § 5-6-38 (a); *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Moreover, the trial court's December 20 order denying her motion for reconsideration is not subject to appellate review.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).

Without a valid notice of appeal, this Court lacks jurisdiction to consider the appeal.  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_03/13/2013____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*